THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALICE E. BARTHOLOMEW,<br><br>  Plaintiff,<br><br>  v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, a Maine Corporation, and CARDINAL HEALTH, INC. GROUP BENEFIT PLAN,<br><br>  Defendants. | No. C07-1156 MJP<br><br>**STIPULATION AND ORDER FOR BRIEFING SCHEDULE ON DEFENDANTS' PENDING DISPOSITIVE MOTION AND CONTINUANCE OF TRIAL AND RELAED PRE-TRIAL DEADLINES TO ACCOMMODATE BRIEFING SCHEDULE**<br><br>**NOTE ON MOTION CALENDAR: MONDAY, SEPTEMBER 29, 2008** |

## STIPULATION

In compliance with the Court's September 26, 2008 Minute Order, plaintiff Alice E. Bartholomew ("Plaintiff") and defendants UNUM Life Insurance Company of America and Cardinal Health, Inc. Group Benefit Plan ("Defendants"), by and through their attorneys of record, hereby stipulate to the following briefing schedule for the remainder of the pleadings to be filed on Defendants' Rule 52 Motion For Judgment, Or, In The Alternative, Rule 56 Motion For Summary Judgment (Docket # 23), filed on July 16, 2008:

Plaintiff's opposition brief and supporting papers must be filed by **October 13, 2008**

Defendants' reply and supporting papers must be filed by **October 20, 2008**

**STIPULATION AND ORDER FOR BRIEFING SCHEDULE** - 1
Case No. C07-1156 MJP

100447.0115/1553780.2

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

In addition, as the above briefing schedule necessarily goes beyond the current trial date of October 14, 2008, the parties have good reason and find it necessary to request a two month continuance of the following pre-trial deadlines and the trial date of October 14, 2008 identified in the Court's October 25, 2007 Order Setting Trial Date and Related Dates, as amended by the Court's Minute Order Resetting Hearing for Pretrial Conference, dated September 24, 2008:

| CURRENT SCHEDULE | **PROPOSED** REVISED SCHEDULE |
|---|---|
| Bench trial is set for: **October 14, 2008** | Bench trial is set for: **Week of December 15, 2008** |
| Motions in Limine due by: **September 16, 2008** | Motions in Limine due by: **November 13, 2008** |
| Pretrial Order due by: **October 2, 2008** | Pretrial Order due by: **December 1, 2008** |
| Pretrial Conference set for: **October 2, 2008** | Pretrial Conference set for: **Week of December 1, 2008** |
| Trial Briefs and Proposed Findings of Fact and Conclusions of Law submitted by: **October 9, 2008** | Trial Briefs and Proposed Findings of Fact and Conclusions of Law submitted by: **December 8, 2008** |

DATED this 29th day of September, 2008.

LANE POWELL PC                               KRAFCHICK LAW FIRM

By s/Sarah E. Haushild                       By s/Steven P. Krafchick
   D. Michael Reilly, WSBA No. 14674         Steven P. Krafchick, WSBA No. 13542
   Sarah E. Haushild, WSBA No. 29626       Attorneys for Plaintiff
Attorneys for Defendants

**STIPULATION AND ORDER FOR BRIEFING SCHEDULE** - 2
Case No. C07-1156 MJP

100447.0115/1553780.2

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

# ORDER

IT IS SO ORDERED this _1st_ day of ___October, 2008. The proposed revised trial schedule is adopted, and an amended case schedule order will issue forthwith.

/s Marsha J. Pechman
THE HONORABLE MARSHA J. PECHMAN

Presented by:

LANE POWELL PC


By s/Sarah E. Haushild
D. Michael Reilly, WSBA No. 14674
Sarah E. Haushild, WSBA No. 29626
Attorneys for Defendants


Approved as to Form; Notice of Presentation Waived:

KRAFCHICK LAW FIRM


By s/Steven P. Krafchick
Steven P. Krafchick, WSBA No. 13542
Attorneys for Plaintiff

**STIPULATION AND ORDER FOR BRIEFING SCHEDULE** - 3
Case No. C07-1156 MJP

100447.0115/1553780.2

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

## CERTIFICATE OF SERVICE

Pursuant to RCW 9.A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington, that on the 29thday of September 2008, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following:

Steven P. Krafchick
Krafchick Law Firm
South Tower Suite 300
100 W Harrison
Seattle, WA 98119
Email: klf@krafchick.com

EXECUTED this 29th day of September 2008, at Seattle, Washington.

/s/Lorrie A. Salinas
Lorrie A. Salinas

**STIPULATION AND ORDER FOR BRIEFING SCHEDULE** - 4
Case No. C07-1156 MJP

100447.0115/1553780.2

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107